

FILED
IN OPEN COURT

SEP 2 1 2022

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

*Norfolk Division*

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JORDAN DEANDRE BAILEY,<br>(Counts 1-2)<br><br>Defendant. | CRIMINAL NO. 2:22-cr-120<br><br>18 U.S.C. § 922(o)<br>Possession of a Machine Gun<br>(Count 1)<br><br>26 U.S.C. §§ 5841, 5861(d), and 5871<br>Possession of an Unregistered Firearm in violation of the National Firearms Act<br>(Count 2)<br><br>18 U.S.C. § 924(d); 26 U.S.C. § 5872;<br>28 U.S.C. § 2461(c)<br>Criminal Forfeiture |

## INDICTMENT

September 2022 TERM - at Norfolk, Virginia

THE GRAND JURY CHARGES THAT:

### COUNT ONE

(Possession of a Machine Gun)

On or about April 28, 2022, in Virginia Beach, in the Eastern District of Virginia, the defendant, JORDAN DEANDRE BAILEY, did knowingly possess a machinegun, to wit: a Glock GMBH, Model 19, Gen 3, 9mm, with an auto-sear attached, as defined in Title 26, United States Code, Section 5845(b) of the National Firearms Act.

(In violation of Title 18, United States Code Sections, 922(o) and 924(a)(2), and Title 26, United States Code, Section 5854(b).)

## COUNT TWO

(Possession of an Unregistered Firearm)

On or about April 28, 2022, in Virginia Beach, Virginia, in the Eastern District of Virginia, the defendant, JORDAN DEANDRE BAILEY, knowingly received and possessed a firearm, that is, a Glock GMBH, Model 19, Gen 3, 9mm, with an attached auto-sear, that was not registered to him in the National Firearms Registration and Transfer Record.

(In violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871).

## CRIMINAL FORFEITURE

THE GRAND JURY FINDS PROBABLE CAUSE THAT:

1. The defendant, JORDAN DEANDRE BAILEY, if convicted of either of the violations alleged in this Indictment, shall forfeit to the United States, as part of the sentencing pursuant to Federal Rule of Criminal Procedure 32.2, any firearm or ammunition used in or involved the violation.

2. If any property that is subject to forfeiture above is not available, it is the intention of the United States to seek an order forfeiting substitute assets pursuant to Title 21, United States Code, Section 853 and Federal Rule of Criminal Procedure 32.2(e).

(In accordance with 18 U.S.C. § 924(d); 26 U.S.C. § 5872; and 28 U.S.C. § 2461(c)).

<u>United States v. Jordan Deandre Bailey</u>
Criminal No. 2:22-cr- 120

A TRUE BILL:

Pursuant to the E-Government Act, the original of this page has been filed under seal in the Clerk's Office

_____
FOREPERSON

JESSICA D. ABER
UNITED STATES ATTORNEY

By: _____
Kristin G. Bird
Special Assistant United States Attorney
Amanda L. Turner
Assistant United States Attorney
United States Attorney's Office
101 West Main Street, Suite 8000
Norfolk, Virginia 23510
Office Number - 757-441-6331
Facsimile Number - 757-441-6689
kristin.bird@usdoj.gov
amanda.turner@usdoj.gov

4